```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/2/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

J.L., *mother and natural guardian of A.L.*, and J.L., *individually*,

                    Plaintiffs,

-against-

CITY OF NEW YORK and NEW YORK CITY DEPARTMENT OF EDUCATION,

                    Defendants.

1:23-cv-09059-MKV

**ORDER OF DISMISSAL**

**MARY KAY VYSKOCIL, United States District Judge:**

        The Court is in receipt of a letter filed by Defendants informing the Court that the parties have reached a settlement in principle. [ECF No. 27]. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the parties are unable to memorialize their settlement in writing and as long as the application to restore the action is made by November 1, 2024. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

Date: October 2, 2024
      New York, NY

                                          */s/ Mary Kay Vyskocil*
                                        **MARY KAY VYSKOCIL**
                                        **United States District Judge**